# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| --- | --- | --- |
| Plaintiff, | ) | Case No: 15-cr-49 (7) (MJD/FLN) |
| v. | ) | Date: November 16, 2016 |
| | ) | Courthouse: Minneapolis |
| Guled Ali Omar (7) | ) | Courtroom: 13E |
| | ) | Court Reporter: Staci Heichert |
| | ) | Time Commenced: 1:40 p.m. |
| Defendant. | ) | Time Concluded: 3:00 p.m. |
| | ) | Time in Court: 1 hour and 20 minutes |

Before Michael J. Davis, United States District Judge.
APPEARANCES:
   For Plaintiff:    John Docherty, Andrew Winter and Julie Allyn, Assistant U.S. Attorneys
   For Defendant:   Glenn Bruder, CJA Appointed Attorney

☒ **Sentencing.**
☒ **Defendant's PSI Objections are Denied. Defendant's Objection to the Terrorism Enhancement was Denied.**
**IT IS ORDERED:**
**Defendant is sentenced to: 420 months custody of the BOP; supervised release for life which consists of:**

| Count. Nos. | Guilty Verdict | BOP | SR |
| --- | --- | --- | --- |
| 1rs | X | 420 months to run concurrently with Counts 2rs, 3rs, 4rs and 10rs | Life to run concurrently with Counts 2rs, 3rs, 4rs and 10rs |
| 2rs | X | 180 months to run concurrently with Counts 1rs, 3rs, 4rs and 10rs | Life to run concurrently with Counts 1rs, 3rs, 4rs and 10rs |
| 3rs | X | 180 months to run concurrently with Counts 1rs, 2rs, 4rs and 10rs | Life to run concurrently with Counts 1rs, 2rs, 4rs and 10rs |
| 4rs | X | 180 months to run concurrently with Counts 1rs, 2rs, 3rs, and 10rs | Life to run concurrently with Counts 1rs, 2rs, 3rs, and 10rs |
| 10rs | X | 60 months to run concurrently with Counts 1rs, 2rs, 3rs, and 4rs | Life to run concurrently with Counts 1rs, 2rs, 3rs, and 4rs |

☒ Special conditions of: **See J&C for special condition.**
☒ Defendant sentenced to pay:
☒ Restitution in the amount of $5,000.00 is due immediately
☒ Special assessment in the amount of $500.00 to be paid.
☒ Defendant is remanded to the custody of the USM.

Date: November 16, 2016                                s/KW
                                              Courtroom Deputy to Judge Michael J. Davis