# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-4366
_____

United States of America

Plaintiff - Appellee

v.

Guled Ali Omar

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:15-cr-00049-MJD-7)
_____

**JUDGMENT**

Before LOKEN, GRUENDER and ERICKSON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 10, 2018

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Michael E. Gans