UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| GULED ALI OMAR, | * | |
| Petitioner, | * | Criminal No.: 15-49 (MJD) |
| v. | * | |
| | | Civil No.: 19-3161 (MJD) |
| UNITED STATES OF AMERICA | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PETITIONER'S SUPPLEMENT TO MOTION
TO VACATE OR CORRECT ILLEGAL SENTENCE**

Petitioner Guled Omar, through his attorneys, C. Justin Brown (Brown Law) and James M. Ventura (James M. Ventura Attorney at Law), hereby supplements his 28 U.S.C. § 2255 motion with his signed affidavit, attached hereto as Exhibit 1.

On December 23, 2019, Omar filed, through undersigned counsel, a motion to vacate or correct his sentence pursuant to 28 U.S.C. § 2255. Doc. 914. He also filed a supporting affidavit. Doc. 914-2. However, as explained in the filing, the affidavit Omar submitted with his motion was not signed because counsel had not yet received the signed document from Omar, who is incarcerated. Doc. 914-1 at 22, n.9. In the filing, counsel also explained that they would supplement the filing upon receipt of Omar's signed affidavit. *Id.* Due to mail issues at the institution, undersigned counsel just received the signed affidavit on January 27, 2020. Omar respectfully requests that this Court substitute his original, unsigned affidavit, with the signed affidavit attached hereto.

Respectfully Submitted,

*/s/     James M. Ventura*
James M. Ventura (# 147217)
1000 Twelve Oaks Center Drive, Suite 100
Wayzata, MN 55391
Telephone: (952) 473-8064
Facsimile: (952) 475-7042
jventura@jamesventuralaw.com

*/s/     C. Justin Brown*
C. Justin Brown (admitted *pro hac vice*)
Maryland Federal Bar No. 28110
Brown Law
1 N. Charles St., Suite 1301
Baltimore, Maryland 21201
Telephone: (410) 244-5444
Facsimile: (410) 934-3208
Brown@cjbrownlaw.com

*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2020, a copy of the foregoing Supplement to Omar's 2255 motion was served on all parties entitled to service via CM/ECF.

*/s/     C. Justin Brown*
C. Justin Brown