# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,    Case No. 15-cr-49(7) MJD

        Plaintiff

v.    **AMENDED JUDGMENT IN A CRIMINAL CASE**

Guled Ali Omar

        Defendant.

---

☒    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

1. Petitioner's Motion to Vacate Under § 2255 [Doc. Nos. 914 and 918] is

    **DENIED;** and

2. No Certificate of Appealability shall issue.

Date: August 7, 2020

                                                              KATE M. FOGARTY, CLERK