Oral Argument Requested

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**UNITED STATES OF AMERICA**

**No. 0:15-CR-049 MJD**

**v.**

**NOTICE OF MOTION**

**GULED OMAR,**

**18 USC 3582(c)(1)(A)(i)**

Defendant.

---

PLEASE TAKE NOTICE, that upon the memorandum of law of Kathy Manley, attorney for Guled Omar, dated September 10, 2026, Mr. Omar moves this Court on October 10, 2026 for a sentence reduction pursuant to 18 USC 3582(c)(1)(A.)

WHEREAS, Guled Omar respectfully requests that the Court grant the above relief, and such other and further relief as this Court deems just and proper.

Dated: September 10, 2026.

*S/Kathy Manley*
KATHY MANLEY
26 Dinmore Road
Selkirk, NY 12158
(518) 635-4005 (phone and fax)
Mkathy1296@gmail.com

TO: Clerk, US District Court
District of Minnesota
(filed via ecf)

United States Attorney's Office
(filed via ecf)

Guled Omar
Address on file