University of Idaho

**Final Report: Assessment of Risk of Reengagement and Recidivism**
**Assessor: Omi Hodwitz, Ph.D.**
**Assessed: Guled Ali Omar**
**Completed July 2, 2025**

*The following report provides the results of a structured professional judgement risk assessment of Guled Ali Omar, conducted by Dr. Omi Hodwitz on May 23, 2025. The assessment was informed by interviews conducted with Mr. Omar and three of his family members, including his mother and two sisters.*

*Dr. Hodwitz is a criminologist and terrorism expert from the University of Idaho, a research affiliate at the National Consortium for the Study of Terrorism and Responses to Terrorism (START), advisory board member for the Resolve Network, consultant for the National Counterterrorism, Innovation, Technology and Education (NCITE) Center, consultant for the Centre of Excellence-Defense against Terrorism (COE- DAT), and member of the Transatlantic Network Against Extremism (TransNex). She is also the founder and director of the Terrorism Recidivism Study (TRS) and the Guantanamo Recidivism Study (GRS).*

Structured professional judgment (SPJ) risk assessment involves using tools to assess the likelihood that individuals convicted of extremist-related crimes will reengage in criminal activity following release. Over the last decade, several SPJ tools have been created and validated, including the Violent Extremist Risk Assessment 2 Revised (VERA-2R) and the Extremist Risk Guidelines (ERG 22+). The former consists of 34 indicators divided into six domains: a) beliefs, attitudes, and ideology, b) social context and intention, c) history, action, and capacity, d) commitment and motivation, e) protective and mitigating factors, and f) additional factors. The latter consists of 22 factors divided into three domains: a) engagement, b) intent, and c) capability.[1] There is a great deal of overlap between the two tools, but each has unique characteristics; thus, the assessment of Mr. Omar incorporates elements of each tool with the goal of providing a more complete assessment not limited to a single set of factors.[2]

It is important to note that although risk assessment of convicted extremists is quickly becoming a common practice for legal proceedings, there is no "gold standard" and all existing tools are subject to criticism. Of primary importance, recidivism rates are notably low among convicted extremists, making it difficult to test the predictive validity of assessment tools.[3] Along similar

---

[1] The "+" in ERG-22+ refers to the option of adding additional factors that are relevant for the specific individual.
[2] Both tools are similar, for example, in that they include factors relating to family and peer influences, feelings of injustice or outstanding grievances, and criminal history, but they differ as well. VERA-2R, for example, includes a factor relating to a desire to die for a cause, while ERG-22+ includes a factor relating to mental health.
[3] United States recidivism studies report that approximately 3% of extremists will recidivate within the first few years of release. This is in stark contrast to recidivism rates of non-extremist offenders; reports indicate that approximately 50% will recidivate within the first few years of release. See the following studies for more information:



To enrich education through diversity, the University of Idaho is an equal opportunity/affirmative action employer.

lines, the empirical research on the factors included in assessment tools is relatively limited and, as such, it is not clear whether specific factors are necessary and/or sufficient. The research that has been conducted focuses on factors present in extremist populations without validation that these same factors are absent from non-extremist populations.[4] Lastly, given the limited number of recidivists and the deficit of research, it has not been established that specific predictors will result in set outcomes. Thus, risk assessment is informative but not definitive.

Mr. Omar's assessment included a four-hour in-person interview and additional interviews with his family members. Mr. Omar's interview proceeded chronologically, beginning in his childhood and ending with his future. Regarding his childhood, he was asked about his relationship with his family and his peers, his interest and performance in school, his social and personal abilities, as well as his relationship with religion. Mr. Omar was asked to reflect on these same factors as a teenager and as a young adult, but greater emphasis was placed on his extracurricular and social activities, and his relationship with religion, his family and other significant figures. Mr. Omar was asked about his radicalization process and the factors that facilitated it, including his social and religious networks, his cultural and practical considerations, and his psychological state at the time. Lastly, Mr. Omar was asked to discuss his current life and his future ambitions. This includes his activities and programming in prison, his relationship with his family, peers, and community, his relationship with religion, his psychological state, his plans and aspirations for the future, and his values, ethics, and priorities.

Mr. Omar is a friendly and outgoing individual and was eager to provide direct responses and unprompted information. Although he expressed nervousness at the beginning of the interview, he quickly adapted to the interview process, providing a detailed and thorough description of his background and experiences from childhood to the present day. Mr. Omar gave every indication that he was committed to an open and honest interview. The content covered in the interview appears to be accurate and authentic and, thus, Mr. Omar's responses are believed to be both reliable and valid.

An hour and a half phone interview was also conducted with three of Mr. Omar's family members, including Fadumo Hussein (his mother), Hodon Omar, and Rahma Omar (his sisters) and a follow-up half hour interview was conducted with Hodon Omar. The family members were encouraged to speak openly and in detail about the various stages of Mr. Omar's life, including

---

- Hodwitz, O. (2019). https://www.jstor.org/stable/26626865?seq=1#metadata_info_tab_contents
- Hodwitz, O. (2021). https://www.jstor.org/stable/27044233
- Bureau of Justice Statistics. https://bjs.ojp.gov/library/publications/recidivism-prisoners-released-34-states-2012-5-year-follow-period-2012-2017
- Bureau of Justice Statistics. https://bjs.ojp.gov/library/publications/recidivism-prisoners-released-24-states-2008-10-year-follow-period-2008-2018
- U.S. Sentencing Commission. https://www.ussc.gov/research/research-reports/recidivism-federal-offenders-released-2010

[4] Violent extremism risk assessment tools, for example, include family and peer influences; to make the claim that this is predictive of ideologically-motivated violence specifically, researchers would have to determine that it is not predictive of other criminal behaviors.



To enrich education through diversity, the University of Idaho is an equal opportunity/affirmative action employer.

his childhood, teenage years, following arrest, his current life in prison, and his prospective future. They were asked about his personality and mental health at each stage, as well as his social and academic experiences, his relationship with his family, his religious influences, and his own perceptions of self and accountability. The family members provided detailed responses to each prompt, offering additional contextual information, and appeared committed to ensuring an accurate rendition of Mr. Omar's past, present, and future. The information they provided is believed to be genuine and credible.

Neither the VERA-2R nor the ERG-22+ assign a risk score and only the VERA-2R relies on risk banding (assigning a level of risk), but both rely on the determination of the presence or absence of factors. The assessment presented here will employ the same approach, providing a determination of presence or absence of risk and protective factors, with limited risk banding when it is deemed necessary and/or informative. It is important to note that the focus of the assessment is Mr. Omar's current risk, rather than his risk at the time of his radicalization and/or conviction, although the report will periodically refer to early risk. This recognizes the dynamic nature of many of these factors, which is key to assessment tools, particularly the ERG-22+. As is typical with risk assessments, the few factors that are static will be noted but not given the weight of dynamic factors, since Mr. Omar does not have the ability to change these (e.g., criminal history). The assessment will be based on seven overarching categories, including associates, ideology and/or grievances, and skills and resources (these three categories are present in both assessment tools), as well as a history of violence and intent to commit violence (VERA-2R only), and criminal history and mental health issues (ERG-22+ only).[5]

**Associates**

Mr. Omar had a tumultuous childhood that would have a later influence on his path to radicalization. His father was a drug (khat) user and was abusive to Mr. Omar's mother. His mother was tasked with raising Mr. Omar and his thirteen siblings by herself, causing Mr. Omar's older brother, Ahmed, to take on responsibilities that were atypical for a youth. Ahmed became the patriarch of the family and Mr. Omar began deferring to Ahmed over his mother. He both respected and feared Ahmed, as he could be a harsh and physical disciplinarian but also a protector of his siblings, particularly since Mr. Omar and his siblings were being bullied in school for being Somali-American.

As Ahmed grew older, he became more religious, attending mosque more regularly, often with Mr. Omar in tow. This continued until Mr. Omar was in his early teens, at which point Ahmed unexpectedly left the country, traveling to Somalia with a number of other young men. Although Mr. Omar understood that Ahmed had become more devout, he was too young to understand and recognize radicalization and the factors that prompted his brother to travel overseas. This lack of understanding was mitigated by a later phone call from Ahmed from Somalia. He explained to

---

[5] This categorization is provided by the National Institute of Justice. chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.ojp.gov/pdffiles1/nij/251789.pdf



To enrich education through diversity, the University of Idaho is an equal opportunity/affirmative action employer.

Mr. Omar that he had joined the fight in order to ensure a place for Mr. Omar and his family in paradise, offering a degree of clarification that would inform Mr. Omar's own beliefs.

Mr. Omar's brother played a prominent role in his process of radicalization. Members of his extended community criticized Ahmed for his actions and beliefs, causing Mr. Omar to defend him and his ideology. In addition, Mr. Omar was questioned by the FBI regarding Ahmed, which served to motivate Mr. Omar further in defense of Ahmed. Lastly, Mr. Omar's family, particularly his mother, began expressing concerns that Mr. Omar was going down the same path as Ahmed. These various factors served to escalate Mr. Omar's radicalization; he adopted a narrative similar to the one practiced by Ahmed.

At the age of 15 or 16 years old, Mr. Omar decided to be a "warrior" in the name of Allah. At this time, Mr. Omar was spending time with a group of older men who shared a similar commitment. He observed them preaching and recruiting others to jihad and he idolized them for it. This group left to travel overseas, leaving Mr. Omar behind, self-identifying as the last warrior remaining in his community, leading him to preach and recruit in a manner that mirrored his recently departed peers. He found like-minded individuals and formed a group that served to radicalize each other further, embracing the idea that being a good Muslim meant engaging in jihad.

Mr. Omar and his peers began to see themselves as covert fighters for Allah. They became combative with the imams at their mosque, noting that the Koran speaks of hypocrites, believing that the imams were hypocritical as they tried to modernize the religion. As a result, Mr. Omar and his peers were trespassed or told that they could not return to the mosque, cementing an us-versus-them dynamic. The peer group grew in size and became more militant in their beliefs and practices, meeting twice a week, fasting together, and consuming and deconstructing online messaging and media. Originally inspired by Al-Shabaab and the events unfolding in Somalia, the group shifted their narrative to protecting all Muslims, which was fueled by the footage of foreign fighters in Syria.

Within this context, **"associates"** is a significant risk factor. Mr. Omar was primed for radicalization by this social and familial dynamics growing up, he was heavily influenced by his older brother Ahmed, and he was bolstered by his community of like-minded peers. In addition, he adopted an us-versus-them mentality in response to significant religious leaders that he felt were not devout enough.

At this time, Mr. Omar reports that he was experiencing a number of push/pull factors that facilitated his attempts to travel overseas. His family challenged him on his beliefs and the resulting conflict quickly escalated. Mr. Omar believed that being a good Muslim meant fighting for his religious brethren in Syria. In addition, law enforcement had become actively involved with Mr. Omar, his family, and his community members on several occasions, compromising Mr. Omar's sense of security. Lastly, select members of Mr. Omar's community attempted and succeeded in traveling to Syria, thus demonstrating that it was possible.



To enrich education through diversity, the University of Idaho is an equal opportunity/affirmative action employer.

Although **"associates"** was a significant risk factor for extremism in Mr. Omar's formative years, his relationships have changed considerably in the last decade. He does not maintain a relationship with his former peer group with the exception of his co-defendants, which is due to their shared legal circumstances and not due to a shared ideology or narrative. He does not have contact with the older peers and his brother, whose whereabouts are unknown, that served a central role in his own radicalization.[6] Through a long process of forgiveness and reconciliation, Mr. Omar now has a prosocial and supportive relationship with his family; they are central to his current identity and his future aspirations. Lastly, he recognizes that imams that preached love and compassion were speaking the word of Allah; their narrative, not the one he adopted in his teenage years, reflects the true teachings of the Koran.

These factors have been substantiated by Mr. Omar's family. They confirmed that Mr. Omar had developed a community of radically minded peers but has now rejected these associations, ensuring no further communication with them. They reported on the strained relationship that he had with his mother and his siblings, which has since been repaired and now is as supportive of him as he is of them. Lastly, they spoke at length about the prosocial relationships that he has established while incarcerated, serving as a peace broker when conflicts arise among correctional residents.

In short, Mr. Omar has broken all connections with his antisocial community and influences and has invested a considerable amount of time and energy in reestablishing prosocial connections to this family and his faith. In addition, as will be elaborated upon below, he has begun spreading the word of a loving and compassionate Allah to the other residents at FCI Leavenworth, building a faith-based community that practices inclusion and peaceful narratives. In present time, **"associates"** is no longer a risk factor. Given the central role that his family plays in his life and the positive influence that they have on him, his disassociation with his former peers, his community of peace-based incarcerated individuals, **"associates"** is now a significant protective factor against any further opportunities to reengage and recidivate.

**Ideology and/or Grievances**

Mr. Omar's early "**ideologies"** and **"grievances**" were significant risk factors for engaging in extremism in his youth. Mr. Omar acknowledges this and holds himself accountable for his beliefs and actions. He believed that non-Muslims were the enemy ("wrong" or "bad") and that he was following the true path of Allah when he embraced jihad. Further, he internalized his brother's message that fighting for Allah against the perceived oppression of Muslims would ensure that he and his family would have a place in paradise. Mr. Omar and his peers believed themselves to be like the prophet and his companions, fueled in part by online narratives from the Islamic State. They viewed themselves as the "righteous" in the fight against evil, thus excusing any harm or suffering violent action on their part, including martyrdom, may have caused.

[6] Mr. Omar's family reports that they do not know Ahmed's status or location; they were told that he died but this has not been confirmed and no one has spoken to him for a decade or more.


To enrich education through diversity, the University of Idaho is an equal opportunity/affirmative action employer.

Mr. Omar's beliefs have changed considerably since he was arrested. There were several significant exchanges and factors that prompted a process of deradicalization. Following his arrest, Mr. Omar began to question his role as a religious hero and the factors that had influenced him to perceive himself in this light. He met an incarcerated former Al-Shabaab follower that knew Ahmed, and he learned more about the groups that had been operating overseas. The former Al-Shabaab follower described the inner workings of the foreign fighters, revealing that they would "steal, lie, and manipulate" others in order to achieve their goals. Mr. Omar began to recognize that foreign fighters were indiscriminate in their actions, causing harm to innocent civilians in their quest to punish those they cast as oppressors. Mr. Omar reports that he suffered a period of depression as he bore the responsibility of his beliefs and his actions, holding himself accountable for the consequences of his actions.

Although still bearing shame and remorse for the choices he made as a youth, Mr. Omar has turned his life around, finding purpose and meaning that differs considerably from his past. Mr. Omar feels that he has a duty to ensure that no one else follows the same path he did when he was in his teenage years. He focuses his efforts on informing others of the error of his early beliefs, warning them of radical ideas that promote extremist behaviors. Mr. Omar has rejected the Islamic State and their narratives, recognizing that the terrorist organization and its affiliates contributed to Mr. Omar's own losses, including his brother, the pain he caused his family, and his community members who traveled overseas, believing that they were doing what was honorable and required of a good Muslim. He developed a relationship with the prison chaplain, whose forgiveness for Mr. Omar's actions helped him feel whole again. He now holds the self-identity of a "witness", someone who can present his past as a lesson to others to help them avoid the same mistakes he made.

Mr. Omar's family confirmed his ideological transformation. They reported that following his arrest, Mr. Omar began to question his own beliefs and the actions that led to his incarceration. He speaks with them regularly and during these conversations, he is openly remorseful for his radical views as a youth. He has told them expressly on many occasions that he is deeply invested in making amends for the wrongs he committed and wants to use his past to help others who may be straying down the same path that he took. They report that he is a "changed man", that he embraces a peaceful interpretation of Islam and the Koran, and that his only goal now is to give back to his family, the community, and the country.

Mr. Omar now serves as a religious leader in prison. He takes pride in this role, hearing other's opinions, offering his own, helping them deescalate conflict, embrace peaceful resolution, and understand that religious faith does not determine self-worth, that practicing compassion and understanding is a more powerful tool than zealotry. He sees all people as human beings, worthy of respect and support. For these reasons, Mr. Omar's **"ideology"** is not a risk factor but is instead a strong protective factor. The only grievances he currently holds are directed towards Al-Shabaab and the Islamic state, thus **"grievances"** is not a risk factor for extremism but is instead a deterrent from reengagement and recidivism.



To enrich education through diversity, the University of Idaho is an equal opportunity/affirmative action employer.

**Skills and Resources; Criminal History; Past History of Violence**

The categories of skills and resources, criminal history, and a past history of violence are presented together since all three categories rely on static factors that cannot be changed.[7] Clinicians have noted the importance of dynamic risk factors over static ones, since the former can be targeted for intervention, and have expressed concerns regarding the emphasis on static factors.[8] Despite this concern, static factors remain prevalent in assessment tools and will be included here, albeit briefly.

When Mr. Omar was radicalized, he was in his teenage years and had little skills or resources available to him. However, he and his peers did consume online messaging from foreign fighters and the Islamic State, which likely contained descriptions of how to carry out successful extremist activities. In addition, one of Mr. Omar's brothers (Mohammed) was involved in a gang called the Somali Outlaws, which may have also exposed Mr. Omar to skills and/or resources that would aid him in his desire to travel overseas to fight. Lastly, Mr. Omar worked as a security guard as a young adult, which provided him with financial resources and may have also provided him with additional skills. Therefore, at the time of Mr. Omar's arrest, **"skills and resources"** would have been a potential risk factor, albeit moderate in banding.

It can be argued that skills and resources are a dynamic factor; however, since Mr. Omar is incarcerated, this factor is considered static. Mr. Omar cannot lose the skills (knowledge) he acquired in his youth; if he learned how to carry out extremism from watching online radicalized content, observing his brother's gang, or working as a security guard, the knowledge remains. Resources, on the other hand, can change while one is incarcerated; it is not atypical to lose resources during imprisonment and, although it is less likely, there is also the potential to gain resources. Mr. Omar appears to have lost resources. During his youth, he had a steady job that allowed him to pay for travel. At this time, Mr. Omar does not have a paying job and once released, will have to invest considerable time and attention in accruing the resources necessary for the basic staples of life. Given that Mr. Omar cannot lose any potential skills that he may have acquired but does not have the resources he once did, **"skills and resources"** is considered a low risk factor for reengagement and recidivism. It should be noted that the resources that he does have are prosocial; his family is committed to supporting him, including providing him with housing and potential employment.[9]

Mr. Omar reported engaging in antisocial and delinquent behavior as a youth. As a young child, he acted out in school in response to bullying from both the students and teachers. At one point, he reported that he urinated in the school hallway as an act of frustration. As a young teenager, he skipped school and, as a young adult, he engaged in drug use. He was penalized for the

---

[7] This assumes that skills and resources reflect a historical acquisition of these assets, rather than the current potential to acquire them. Mr. Omar, given his state of incarceration, does not have the potential to improve his skills or resources beyond where they currently stand.
[8] See, for example, research on Risk, Need, and Responsivity (RNR) assessments. https://pmc.ncbi.nlm.nih.gov/articles/PMC2423325/
[9] Two of his sisters' husbands have small businesses that could provide employment opportunities.



To enrich education through diversity, the University of Idaho is an equal opportunity/affirmative action employer.

youthful indiscretions relating to school but was never prosecuted for drug use. Given his history of antisocial behavior, **"criminal history"** would have been a risk factor for extremism in his youth.

As a static risk factor, Mr. Omar cannot change his history of antisocial behavior, ensuring that criminal history remains a relevant risk factor. Given that he has also been convicted of serious offences, albeit nearly a decade ago during his still-formative years, the banding on this risk factor has increased. **"Criminal history"** is now a significant risk factor.

Regarding a history of violence, Mr. Omar acted out as a child and later as a teenager and, as reported by his family, did get into fights with other children in school. His behaviors appeared to be responses to discrimination, stress and frustration, and were likely coping mechanisms. Therefore, his **"history of violent behavior"** would have been a risk factor in his youth. In addition, he embraced a violent narrative, believing that traveling overseas to fight would be a viable way to respond to perceived oppression. This acceptance of a violent narrative is significant, making a **"history of violent behavior"** a significant risk factor. Since this is a static factor, Mr. Omar will not be able to distance himself from that history. However, it is worth noting that he has rejected his earlier narrative of violence, seeing value in de-escalation and peaceful resolution, thus this risk factor is low.

**Intent to Commit Violence**

Mr. Omar had every intention of committing violence following radicalization in his youth. He and his peers planned to travel overseas to become foreign fighters. Mr. Omar did more than plan; he followed in the footsteps of his older brother Ahmed and attempted to travel to Europe with plans to then make his way to Syria. He was thwarted by law enforcement before he was able to leave the country. Therefore, in his teenage years, **"intent to commit violence"** was a significant risk factor towards extremist actions that would have caused harm and suffering, either as an act or martyrdom or an attack on others.

Since being incarcerated, as summarized previously, Mr. Omar's interest in violence has evolved considerably. He is no longer inspired by extremist narratives of foreign fighters and the Islamic State and he recognizes the flaws in his youthful understanding of the Koran and the practices of being a good Muslim. He sees his role of a good Muslim as one that endorses de-escalation and peaceful resolution. When asked what justice meant to him as a youth, he replied that it was "fighting for Muslims that were being killed unjustly." His current understanding of justice demonstrates an important shift in intentions: justice occurs when "every individual is able to live a life that they are happy to live, and that life is not hurting others."

Although Mr. Omar sees himself as a witness now, encouraging others to question radical narratives and to accept people that may have different beliefs and perspectives, he has simple hopes for his future. He wants to live an uneventful life that is focused on small things, such as learning to dance, finding a partner, and supporting his family. Given that his intentions have shifted considerably, that he now self-identifies as a witness who discourages violence, and



To enrich education through diversity, the University of Idaho is an equal opportunity/affirmative action employer.

wants to become a contributing member of society that focuses on his family, love, and enjoyment, **"intent to commit violence"** is no longer a risk factor but a protective factor.

**Mental Health Issues**

It is beyond the scope of this report to assess the mental health of Mr. Omar. However, he does have a history of trauma and abuse and experienced a period of self-reported depression after he was arrested and began understanding the consequences of his actions. His family also reported that he suffered mental and emotional trauma from his father and has only recently achieved closure from what he perceives as parental abandonment. This suggests that he may have some deep seated emotional scars that will require attention once that option is available to him. At the moment, he is not receiving any mental health support, although he does seek counseling from the prison chaplain and his family reported that he engaged in therapeutic programming once he arrived at FCI Leavenworth. Mr. Omar's recognition of his previous trauma and his efforts to seek resolution from representatives of other faiths and from the prison suggest that he is taking proactive measures to resolve any undiagnosed emotional issues. As such, it would be appropriate for him to continue to seek support, although the extent of that support is yet to be determined. For these reasons, **"mental health issues"** is a potential risk factor, albeit a low one since he does now appear to be sound of body and mind.

**Concluding Assessment**

It is the opinion of this assessor that Mr. Omar is not at risk of reengagement or recidivism. He has gone through a notable transition in the past decade of incarceration, recognizing the error of his youthful ways of thinking and responding to perceived oppression. He holds himself accountable for the choices that he made in his youth but also recognizes the role that outside influences played in his radicalization process, including his father, his brother Ahmed, his older peers that tutored him in recruitment and ideological messaging, and the availability of social media that was designed to radicalize youth such as himself. He has matured considerably, rejecting the violent narratives he once prioritized, and seeing himself now as a witness that acts to dispel those same narratives in others.

Mr. Omar's personal priorities have shifted. He has goals that are achievable and prosocial, focused on enjoying the simple pleasures of life, including finding partnership, connecting with his family, and engaging in many of the activities that are typical for youth but were not part of his formative years, such as learning to dance and to cook for others. While he is incarcerated, he will continue to hold the role of witness but upon release, he aspires to put aside any public connection to his past so that he may appreciate day-to-day life. This is not to say that he will not bear the responsibility of his previous beliefs and actions. Mr. Omar holds the burden of the consequences of his actions, particularly the impact that it had on his family. He has expressed a great deal of remorse for the pain his siblings and his mother experienced following his arrest; his siblings were bullied, his family lost their Section 8 housing, and several of them lost their jobs. Mr. Omar is not prepared yet to forgive himself for these consequences, amongst others,



To enrich education through diversity, the University of Idaho is an equal opportunity/affirmative action employer.

but he is cognizant that his family has forgiven him and this serves as an important point of reconciliation for him.

It is the opinion of this assessor that Mr. Omar be granted compassionate release. Although he has select risk factors that carry weight, including his criminal history and potential emotional well being, his protective factors are significant. He has every intention of starting life anew, focused on his family, himself, and a prosocial existence.



To enrich education through diversity, the University of Idaho is an equal opportunity/affirmative action employer.

## Appendix A: Assessment Prompts

**Childhood**
- Relationship with family
- Relationship with peers
- School performance
- Psychological and identity characteristics
- Religious influences
- Community influences

**Teenage Years; Pre-Radicalization**
- Relationship with family
- Relationship with peers
- School performance
- Psychological and identity characteristics
- Religious influences
- Community influences
- Criminal and deviant activities

**Radicalization and Engagement**
- Relationship with family
- Relationship with peers
- School performance
- Psychological and identity characteristics
- Religious influences
- Community influences
- Criminal and deviant activities
- Individuals' integral to radicalization
- Narratives integral to radicalization
- Ideological orientation and beliefs
- Influence of radicalization on relationships and activities
- Factors facilitating the acceptance of violence
- Targets of radical narratives (us versus them)
- Manifestations of doubt and confidence

**The Present and the Future**
- Relationship with family
- Relationship with peers
- Psychological and identity characteristics
- Religious influences
- Community influences
- Current and future goals and priorities



To enrich education through diversity, the University of Idaho is an equal opportunity/affirmative action employer.

- Prison program participation
- Ideological orientation and beliefs



To enrich education through diversity, the University of Idaho is an equal opportunity/affirmative action employer.

## Appendix B: Assessment Categories and Conclusions

| ***Category*** | ***Type of Factor*** | ***Risk Factor*** | ***Protective Factor*** |
|---|---|---|---|
| *Associates* | Dynamic | No | Yes |
| *Ideology and Grievances* | Dynamic | No | Yes |
| *Skills and Resources* | Static (when assessing history) | Yes (low) | No |
| *Criminal History* | Static | Yes (high) | No |
| *History of Violence* | Static | Yes (low) | No |
| *Intent to Commit Violence* | Dynamic | No | Yes |
| *Mental Health* | Dynamic | Yes (low) | No |



To enrich education through diversity, the University of Idaho is an equal opportunity/affirmative action employer.