UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**UNITED STATES OF AMERICA**

**v.**

**GULED OMAR,**

Defendant.

**No. 0:15-CR-049**

**DECLARATION**

**18 USC 3582(c)(1)(A)(i)**

**DECLARATION OF GULED OMAR**

1. I write to you with the utmost respect and humility to request consideration for a reduction of my current 35 year sentence. I do not seek to evade responsibility for my actions. I fully acknowledge the gravity of my case and the harm it caused.

2. From the moment I was sentenced I had two choices - either I was going to let this case define me or I was going to use this as an opportunity for a turning point. I have spent years reflecting on the pain and grief I caused. I will never forgive myself for what my family has been through. I destroyed the integrity and trust of my community. I carry this weight with me every day and it is not something I carry lightly.

3. I was a fool. I have learned the importance of seeking out knowledge without bias, and the importance of understanding my emotions and managing them. I never want to go back to the religious dogma, the consistent teaching of hate and intolerance. Everything these extremists promised and taught us was a lie! They preach in favor of the oppressed but in turn they oppress the same people they claim they were coming to rescue. They do not allow woman the basic human functions like speaking in public or seeking education or careers. They do not allow people the human right to choose their own religion or change their faith. They do not respect rules of war or laws even if those rules are Islamic or agreed upon by the respected international community.

4. I have completed several rehabilitative and educational programs including the Life Connections program, which is the longest and most intensive program the BOP has to offer. After a successful completion I was chosen as a mentor to help my fellow participants. That program helped me uncover a lot of the underlying issues that contributed to my bad decision making and it also gave me new tools to build a healthier future.

5. I've sought out opportunities to positively contribute within the facility. I've maintained a job the whole time. I have worked in food service, education, recreation, chapel and religious services, maintenance, and unit orderly. Each of these jobs taught me different things about other people and about myself – particularly about working as a team with diverse people from different religions and backgrounds.

6. Upon release I want to participate in programing or research aimed at preventing violent extremism. I believe I have a unique position with a lot to offer. I feel obligated to help to try to make amends. These past ten years have changed me a great deal. One of the most painful things has been the separation from my family and the toll my actions have had on them - the emotional weight, the financial strain, the fractured trust, the looks from the public… Despite all of this my amazing young sisters were able to thrive and become university and college graduates with careers in public service.

7. I will have a stable support system in place. Four of my younger sisters are now professionals, some in the field of psychology, and others are nurses. I have brothers-in-law who are willing to hire me. My sisters will help set me up with mental health professionals, educational options and work. My sisters, who were just children when I was first incarcerated, have been one of the pillars supporting my deradicalization process, and they are ready to help upon my release in any way possible.

8. Your Honor I know that true remorse is shown in what we do, not just what we say. I want to apply everything I learned and continue my process of rehabilitation beyond these walls. I am not the same man who stood before you many years ago. Please allow me to show that transformation is real and redemption is possible. I have made some of the worst decisions a man can make but I am determined to live so that one day I can look back at my life and say at least I made up for some of the pain and hurt I caused.

I, Guled Omar, declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: 9/14/25

[signature]

Guled Omar