July 30, 2025

Dear Judge Davis,

I am writing to you today with a heavy heart to respectfully request compassionate release for my brother, Guled Omar, who is currently incarcerated. I understand the seriousness of the justice system, and I do not take this request lightly. However, I am asking for your mercy and consideration on behalf of someone who means the world to me.

My brother has always been more than just a sibling, he has been a mentor, a protector, and my best friend. Growing up, he helped me with my schoolwork when no one else had the patience. He'd sit with me for hours, making sure I understood my homework, encouraging me when I wanted to give up. Beyond academics, he was there for me emotionally, especially when I went through tough times in my relationships. He never judged me, he just listened, offered advice, and reminded me of my worth. His presence made me feel safe, valued, and supported.

Since he's been away, there's been a void in my life that can't be filled. I miss his laughter, his love, and his calm presence. I know he has made mistakes, but I also know the heart of the man behind those mistakes. He is not the same person he was when he went in. He is growing, reflecting, and wanting better for himself.

If given the chance, I promise to stand by his side and support his reintegration into society. I will help him stay on the right path whether it's helping him find work, encouraging continued education, or making sure he has a stable, loving environment. I believe deeply that with the right support, he can become a contributing member of our community.

Please, Your Honor, consider the impact his release would have on our family and on a life that still holds so much potential for good. I respectfully ask for your compassion and the opportunity for us to welcome him home, where he is deeply missed and dearly loved.

Thank you for your time, your service, and your consideration.

Sincerely,

Bisharo Omar

Dear Judge Davis,

With a heavy heart, I write to you today as a mother who has carried deep pain, worry, and sorrow for many years. I am pleading for your compassion and mercy in the case of my son, Guled Omar. He has now served ten years in prison, and I am asking you to consider granting him a compassionate release so that he may return home to the family who loves him, and to a mother who misses him every single day.

I am an elderly woman now. My body is weaker, my eyesight is failing, and I no longer have the strength I once did. I live each day with a heart weighed down by constant worry—worry for my son's health, his safety, and his well-being. There has not been one peaceful night of sleep since the day he was taken away. The ache of not knowing how he is, of not being able to see or touch him freely, has left a wound in my heart that time has not healed.

Life has never been easy. I raised thirteen children on my own, without a partner by my side. I did the best I could with the little I had—sacrificing everything to give my children a future. Two years ago, I lost Guled's older brother. Losing one son was a pain I pray no mother ever has to endure. But now, to live each day not knowing if I'll ever truly be with Guled again, to wonder if I'll grow too weak to ever hold him in my arms—that is a pain I carry silently every day. The few short visitations we've had over the years have never been enough. I leave each one with my heart heavier than before.

Guled was a good son to me. I know he made mistakes in his youth, but I also know he has grown. Over these ten years, he has changed in ways only a mother can recognize. In our conversations, I hear his deep regret. I hear the wisdom in his voice, the humility in his words, and the hope in his heart. He longs for another chance—not just for himself, but for us. He dreams of being there for his family, of being at my side, and of simply being able to sit at the table with his siblings again.

I am not the same woman I was ten years ago. Time has worn me down, and I do not know how much more time I have left. What gives me strength is the hope that I may see my son again, not through short visitations, but in the comfort of our home. That I may hold him, embrace him, and feel some peace before it is my time to go.

Judge Davis, I ask you from the deepest place in my heart to show mercy. Please consider giving Guled the chance to come home. He has served ten years, and he has changed. I know he will walk a better path now. I believe in him, and I need him.

Thank you for taking the time to read my words and for considering the pain and hope of a mother who has never given up hope of her son's return.

With all sincerity and humility,
Fadumo Hussein Guled's Mother

August 25, 2025

The Honorable Michael J. Davis,

I am writing to respectfully request compassionate release for Guled Omar 18510-041 who is currently serving his sentence at FCI Leavenworth. Guled has served 10 years in federal prison so far.

I have known Guled since he was a child, and I can attest to his remarkable transformation during his incarceration. His decade of positive contributions, coupled with the release of his co-defendants who faced similar charges. I think this makes for a compelling case for release.
As a child, Guled was a natural leader and deeply compassionate person, always going out of his way to help others. I remember his kindness and willingness to support those around him. However, as a young man, his youthful ambitions and revolutionary idealism led him down the wrong path. The person who committed those actions a decade ago is not the Guled I know today.

Over the past 10 years, Guled has demonstrated extraordinary growth and rehabilitation. He has built a strong sense of identity and is more practical in his thinking. While incarcerated, he has supported other prisoners to further their education, improve their mental health and is a mentor. These efforts show his commitment to personal growth and to supporting the rehabilitation of others. His actions reflect a man who has taken full responsibility for his past and is dedicated to a positive future.

Notably, Guled's co-defendants, convicted of the similar charges, have already been released. This disparity, combined with his exemplary conduct and rehabilitation, underscores the fairness of granting his release. The First Step Act supports mercy for those who demonstrate genuine change, and Guled embodies this principle. His 10 years of incarceration have served as sufficient punishment, and his transformation ensures he poses no threat to public safety.

Upon release, Guled has a robust support system to ensure successful reintegration. Guled has someone in me that will support his reintegration into society and community. There are countless people who will take on that responsibility to support his transition. His rehabilitation, resilience, and support network position him to contribute meaningfully to society.

I respectfully urge the Court to consider Guled's profound growth, the release of his co-defendants, and the principles of justice and compassion. Granting compassionate release would allow Guled to rebuild his life and continue his positive contributions outside prison.

Thank you for considering this request. I am available to provide further information if needed.

Gratitude,
Burhan Mohumed
Licensed Therapist and community organizer
Mohum2012@gmail.com
313-329-9202

August 3, 2025

Dear Judge,

I am writing this letter on behalf of my brother-in-law, Guled Omar. I am married to his wonderful sister, and through our family connection, I've come to know Guled well and develop deep respect for his character and the light he carries himself with.

From the moment I met him, Guled has been nothing but kind, supportive, and genuine. He has stood by both me and his sister through the ups and downs of life, strengthening our marriage and impacting my life in immeasurable ways. He has been a beacon of hope and positivity to everyone in our family.

Despite the challenges he has faced, Guled continues to have a powerful influence in our lives. Yet, we also feel the deep absence his situation has created. Having him back home would fill a significant void in our family.

As a business owner, I am fully committed to supporting Guled in every way possible—helping him re-enter society, providing opportunities for growth, and giving him the tools to thrive. I have no doubt he will succeed. He is one of the most thoughtful and caring individuals I know.

This letter is a heartfelt plea to ask for another chance for Guled—a chance to return to a family that deeply needs him. With any tragedy comes the opportunity for redemption, and I believe now is the time to take those next steps toward healing, hope, and a renewed future.

Our family stands ready to support him in every way, and we are confident he has the strength and humility to become a positive, contributing member of our community.

Thank you, Your Honor, for taking the time to read this letter and consider giving Guled a fresh start.

Respectfully,

Saki Hassan

July 31, 2025

Dear Judge Davis,

My name is Hodan Omar, and I am writing in support of the compassionate release of my younger brother, Guled Omar, who is currently serving a 35-year sentence. This letter comes from the deepest part of my heart as a sister who has watched her brother grow, change, and hold on to his humanity through years of hardship and distance.

Guled has always been family-oriented even now, from behind prison walls. I am a mother of four children, all of whom are on the autism spectrum. Raising them has come with many emotional and physical challenges. Despite everything Guled has been facing himself, he has been one of my greatest emotional supports. He listens to me when I'm overwhelmed. He uplifts me when I'm exhausted. And he always reminds me that I'm not alone, even though he's the one behind bars. His phone calls, his words, and his presence even from afar have helped me keep going on some of the hardest days.

There was a time when my marriage was falling apart. I felt like I was drowning in the stress of parenting, working, and trying to hold my family together. Guled, from a place of isolation, found a way to be there for me. He reminded me of my worth, encouraged patience and healing, and helped me see my situation more clearly. His wisdom and emotional maturity were beyond anything I could've imagined back when he was a teenager. He's helped hold our family together in ways that go far beyond what anyone would expect from someone serving time.

And when we lost our brother, Guled grieved with me. I remember sitting with the pain of that loss and hearing Guled's voice crack with sorrow over the phone. He couldn't be there physically, but he carried the weight of that grief with me, with all of us. He became a source of strength in a moment where so many of us felt broken.

Throughout his incarceration, Guled has been deeply committed to bettering himself and those around him. He's taken every opportunity to learn, educate others, and build a life of meaning even within the limits of prison walls. He has mentored younger inmates, focused on spiritual growth, and worked to maintain peace in a place where it's easy to become hardened. His actions reflect humility, emotional maturity, and a sincere desire to contribute positively to this world if given the chance.

Guled was very young when he made the mistakes that led him to where he is today. He was impressionable, still figuring out who he was in a world full of noise and pressure. But the man he is now is nothing like the boy he was back then. He has grown tremendously over the years. He has shown remorse, maturity, and a deep sense of responsibility not just to our family, but to his own process of becoming better.

Your Honor, I know that Guled's original sentence was meant to protect the public and deliver justice. But I truly believe that justice can also look like mercy when it is earned. After so many

years, Guled is no longer the person he once was. He is someone who has suffered deeply, learned extensively, and grown into a man of compassion and patience. He deserves a second chance.

If Guled is granted compassionate release, he will be returning to a strong and loving support system. My children adore their uncle. I need my brother. And more than that I believe this world still needs the version of Guled that exists today: the man who has learned from his past and now carries wisdom, love, and purpose in his heart.

Thank you, Judge Davis, for taking the time to read this. I know your role carries enormous weight, and I do not write this lightly. I ask you to consider the full picture of who Guled is now not just who he was and extend grace where it has been deeply earned.

With respect and hope,
Hodan Omar
Sister of Guled Omar

7/31/25

Dear Judge Davis,

I am writing to respectfully ask for compassionate release for my older brother, Guled Omar.

Guled was arrested right before I began high school. I was just a teenager at the time, and his sudden absence left a deep hole in my life. Since then, I've grown up without my older brother by my side. He has missed every milestone of my life my high school graduation, my white coat ceremony, and most recently, the moment I became a Registered Nurse after earning my Bachelor of Science in Nursing.

While I'm proud of the woman I've become, it hurts that Guled hasn't been there to witness it. He's missed holidays, birthdays, everyday family moments, and the joy and struggle of my journey through nursing school. Our entire family has felt his absence deeply, and we continue to miss him every day. We still speak of him often, and our love and support for him have never wavered.

I've dedicated my life to helping others through nursing, through my public health training, and in my work with patients dealing with mental health challenges and life transitions. I know what it means to walk beside someone who is trying to start over. I've seen how, with support and compassion, people can heal, grow, and reintegrate into their communities with purpose.

If Guled is granted compassionate release, he won't be coming home to nothing. He'll be coming home to a sister who is not only family, but a trained nurse and mental health advocate, someone who is ready and able to support him emotionally, physically, and practically. I have the tools to help him navigate the world outside, and I'm fully committed to helping him adjust and succeed.

I understand the seriousness of Guled's past. But I also know how young he was at the time and how easily influenced and impressionable people can be at that age. From what I've seen and heard, Guled has taken full advantage of his time to reflect, grow, and change. He is not the same person he was. I truly believe he is ready to begin a new chapter.

Our family needs him, and we're ready to receive him with open hearts and open arms. Thank you so much for taking the time to read this letter, and for considering my voice as his sister, a nurse, and someone who still believes in his future.

With sincere hope,
Asho Omar, BSN, RN
Public Health Nurse & Mental Health Advocate

Matthew Palombo, PhD
Department of Philosophy
TREC Program
Minneapolis Community and Technical College

July 27, 2025

To the Honorable Judge Davis,

I am writing to request that you support the compassionate release request for Guled Omar 18510-041 who is currently serving his sentence at FCI Leavenworth. As a faculty member and advisor at Minneapolis Community and Technical College (MCTC), I have known Guled, his family and friends for over 10 years. Guled started college in 2013 and joined the Muslim Student Association – a student club that I was faculty advisor. He was elected president and organized campus meetings and community events. He was especially articulate, compassionate and an inspiring leader. In fall 2014, Guled stepped away from his classes and involvement with the MSA, unfortunately just at the time when the MSA was holding public forums on Syria. After his arrest in April 2015, he called me from Sherburne County Jail and asked that I mentor and assist him with continuing his college. He wanted to learn about Philosophy. That began a life-long friendship that has expanded to my wife and daughters, my extended family, hundreds of churchgoers and local artists and professionals. Guled also inspired me to start a college-in-prison and reentry program, which has become one of the largest in Minnesota state history. I have had the privilege of teaching inside many correctional facilities and mentoring hundreds of incarcerated and formerly incarcerated people as they transition from prison to society. This personal relationship with Guled and my experience mentoring currently and formerly

incarcerated people have convinced me that Guled has moved far away from his crimes and that his ongoing reparative journey is now possible on the outside.

Over these years of visiting, writing and communicating with Guled, his mother, his nine sisters and three brothers and many friends, I have come to realize that the mistakes Guled made in those years do not represent the man he has become today. Incarceration can do many things. For Guled, it has been a time of deep personal transformation and growth. He is more patient in responding to the cares of the world; more cautious about the manipulations and rhetoric of political organizations; more tolerant and accepting of human diversity; more caring and responsive to the needs of individuals; and more willing to seek advice from mentors. He has come to greater appreciation for his family and community as well as the sacred purpose of his time on earth. He is deeply remorseful for his crimes and grateful for all the opportunities to do good over the last 10 years. I am not the only one who has seen these changes. I have interviewed his former cellmates about his life at Leavenworth; childhood and college friends about his continuing influence in their lives; family members about his care for his mother and siblings; and people that Guled has encouraged away from terrorist organizations. Guled has worked as a suicide prevention counselor inside Leavenworth as well as a mediator for Muslim and non-Muslim relationships. In these roles, he is the go-to person for conflict resolution and creating paths for peace and life. He has literally saved lives.

I am sure that compassionate release is rare and exceptional, and it might strike some as unusual for Guled’s case. I don’t think, however, that it would be unusual that he is released around the same time as his co-conspirators and others convicted for similar

crimes. There has been broad support for his co-conspirators release and reintegration, and I believe the same would happen for Guled. In fact, many would see a compassionate release now as a sign that while the United States always stands against terrorist organizations, we also support individuals who have willingly changed and want nothing more to do with them for good reason. This is the message that we want to send our youth and keep our communities safe and home.

Please grant this compassionate release for Guled Omar. You can be certain that he will be surrounded by supporting people and uplifting institutions integral to his reentry success. I will do all that I can to support his return to college and employment, including collaborating with his Probation Officer in following your probation guidelines.

Thank you for your consideration,



Matthew Palombo

6122125206
matthew.palombo@gmail.com

July 31, 2025

**Dear Judge Davis,**

I am writing to you today with a heavy but hopeful heart, in support of a compassionate release for my big brother, Guled Omar.

My name is Hibakh Omar. I'm a Registered Nurse and currently in school working toward becoming a Family Nurse Practitioner with a specialty in mental health. I'm also Guled's little sister. To me, he's not just a sibling—he's been like a second parent in my life. With our father largely absent and my brother having passed away recently, Guled has always been the one I looked up to and leaned on. Life without him has been incredibly hard.

Guled has missed so many moments that mattered. He wasn't there when I graduated middle school,high school, and all through college. He's not here to cheer me on during the long, exhausting days of nurse practitioner training. And it breaks my heart to think he might not be there when I walk the stage again, or when I get married one day. These are the moments I've dreamed of sharing with my big brother—the person who always made me feel safe, seen, and supported.

I know my brother made serious mistakes. There is no excuse for that, but he was young then and easily manipulated. He was impressionable, trying to find belonging and meaning at a time when he didn't have the tools or guidance to make better choices. As a clinician I've observed the growth in him. Guled has shown genuine rehabilitation over the years. He has matured into someone who wants to do better, be better—not just for himself, but for all of us who still love and need him. Even from behind bars, he still tries to lift me up and remind me of my strength. That kind of heart doesn't come from someone who hasn't changed.

If Guled were given the chance to come home, I know he would make the most of it. I would be right by his side every step of the way—helping him reintegrate, supporting him emotionally, and giving him all the love and stability he's been missing both professionally and personally. His presence in my life would mean everything, especially now when I'm trying to build a future

for myself and moving on to the next big chapter in my life. No one can replace a big brother's love, protection, and safety.

Please consider this sincere request for compassion. I believe in my brother’s transformation, and I believe he deserves the chance to come home and be a part of the life he’s missed, and the life we’re still building.

Thank you so much for your time and consideration.

With respect and deep gratitude,
**Hibakh Omar**
Registered Nurse & Family Nurse Practitioner Student

July 31, 2025

Dear Judge Davis,

I am writing to respectfully request your consideration for a compassionate release for my older brother, Guled Omar. His absence has left a deep and lasting impact on my life and on our entire family.

Guled was arrested when I was just 16 years old. At a time when I needed guidance, support, and the presence of a steady hand, I lost the person who had always been there for me. Our father was not involved in our lives, and Guled stepped up in every way he could—filling that role with love, responsibility, and care. He worked hard to provide for us, often buying us clothes and shoes, and always making sure we felt seen and supported. His humor, warmth, and kindness brought comfort to our home.

Over the years, Guled has missed some of the most significant moments of my life—my high school graduation, my college graduation, and my graduate school ceremony. He wasn't there to witness me earn my master's degree or become a Board Certified Behavior Analyst. These were proud moments, but each one carried a quiet sadness because my brother wasn't there to share in them.

As a Behavior Analyst, I help individuals grow, adapt, and create meaningful change in their lives. I know how powerful the right environment and support system can be in helping someone reach their full potential. Guled has already begun doing the hard internal work of reflection, growth, and change. If he is granted release, he is coming home to a loving and stable family that is ready to stand beside him. I am personally committed to helping him reintegrate, build structure, set meaningful goals, and pursue a purposeful life. Our entire family is prepared to support him emotionally, mentally, and practically every step of the way.

Guled often speaks about the future with hope and clarity. He longs to sit with us again as a family, to share meals, laughter, and everyday moments we've all missed so deeply. He reflects with honesty on his past and is focused on building a life rooted in peace, responsibility, and integrity. He has expressed his desire to contribute meaningfully to the community and to be present for the people who love him.

Please accept this letter as a heartfelt plea from a sister who has witnessed her brother's growth and who believes wholeheartedly in his readiness for a second chance. I respectfully ask that you consider him for compassionate release so that he may return home to the family who has never given up hope of his return.

With deepest sincerity,

Nasteho Omar, M.Ed., BCBA

Dear Judge Davis:

My name is Naima Hassan. I am writing this to support the compassionate release of Guled Omar who's currently serving a 35-year sentence. Guled Omar is my uncle, one whom I cherish deeply and love with my whole being. I think about my Uncle Guled very often. During the major achievements of my life like my Graduation, or even simple passing moments like buying a snack he'd always get me. It's been 10 years so I was around 8 years old at the time of his arrest. I was young so I didn't have a full understanding of what was going on around me, but I knew it'd be a long time until I'd see my uncle again. Every summer I remember the times I've spent most with him. He'd spend as much time as he could with me and my siblings, take us anywhere we wanted to go, and never failed to give us a good time. I have some siblings who have never met him before and only know about him through our memories of him or phone calls.

Personally, Guled and I had a very close relationship. I am quite the sensitive person and was even more so growing up. He helped me learn not only how to navigate through my emotions but also taught me so many things that I still carry with me today. He taught me what it means to be compassionate, respectful, and mindful. He taught how to be kind towards others. No matter where or when Guled always greeted me with a smile and a big hug. My uncle is someone whom I had looked up to and who I love so deeply. My time spent with my uncle are memories that I forever hold and cherish in my heart.

As I am 19 now I have experienced many things, things I have wished to tell Guled about. There were times when no one but my uncle would have understood what I needed, questions, advice, or just his presence. I find myself looking back at the memories of him often. He gives me strength through the days when I need confidence. Where I need kindness or comfort. I visited him once before my eighth-grade year. It was such a special and wonderful experience. I had so much I wanted to say and seeing him face to face, being able to physically interact with him made my world. I always look back and wish I had more to say, more to question. I wish I had experienced more at that time to let him know and say more. That's why I will forever pray for the day he can come back home to us. My heart aches every time I think about how much has passed between him and us, time is a constant pressure that never seems to relent, give at all.

My uncle Guled has made mistakes that I will not put lightly, but he has spent every waking minute since then bettering himself and fully committing to growing as a person. Guled was already someone who was so naturally empathetic and intelligent but he had gone down a path he and we fully regret. When I was visiting him not only was it extremely apparent how much he had grown emotionally but mentally too. He never tried to hide his mistakes or downplay anything. He told me how things were. How much he regrets and how much he has suffered. As the years pass and as I grow myself I understand the importance of his words more and more.

Being as far away as he is, Guled still tries his very hardest to be involved and help our family. He contacts us as much as he can, always jumping to speak to everyone at any given chance. When my Uncle Mohamed passed away I was devastated, it was the first loss I experienced

with someone so close. I felt as if there was a knot in my chest that would never go away tight with grief and anxiety. It was difficult navigating through life afterwards, it had me think much about my family and I realized just how much more important it is to have Guled in our lives. Speaking to him after Mohamed's passing was heartbreaking but healing. Talking with him and trying to understand this grief were the first steps towards loosening that knot. It showed me that as time goes by it gets increasingly more important to have him here. Guled has to live every moment through words only. He's far from the place and the people he loves. Since he's been gone I've been holding in a lot of the things I'd want to say, thinking about them over and over. A cellphone conversation would never be enough, could never translate the love we have or the experiences we want to share.

Judge Davis, I hope I'm able to fully express my purpose in this letter and make you understand to the best extent what I feel. I wholeheartedly understand why my uncle is in the position he is in now, and this isn't to argue against that decision, but to hopefully have you understand how much Guled has grown and changed as a person. A big family is waiting for him and will support him to no end. Everyone involved has learned and changed so much. He has promise and potential. Guled's words that have stuck with me for 10 years and will forever do so can change the lives of many. There's so much for him to do. So I ask you to please consider my words, consider how much has changed between then and now.

With much respect and hope,
Naima Hassan.
Niece of Guled Omar.

Dear Honorable Judge,

Hi, my name is Naima Abdi and I'm 9 years old. I'm going to the 4th grade this year.

I'm writing this letter because I really miss my uncle, Guled Omar. He is the best uncle ever. He always makes me feel special and tells me that I'm smart and beautiful and that I can do anything I put my mind to.

Even though he is not here with us, he stil helps me. He gives me advice when I have trouble making friends and reminds me tc be kind and confident. He has a lot of pat ence and listens to me when I talk, even when I feel shy or nervous. My uncle also taught me how to garden. He showed me how to do it through phone calls and wher

we visited him. Now I love planting flowers and vegetables, and I always think of him when I'm in the garden. I promise he will do good. He helps our family so much, and we all love him so much.

Thank you for reading my letter

Love, Abdi
Age 9 Going to 4th Grad