# FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:49785-298, Last Name:DAUD

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Register Number: 49785-298
Inmate Name
Last.........: DAUD
First........: ABDIRAHMAN
Middle.......: YASIN
Suffix.......:
Gender.........: MALE

Risk Level Inmate....: R-LW
General Level......: R-LW (13)
Violent Level......: R-LW (15)
Security Level Inmate: LOW
Security Level Facl..: MEDIUM
Responsible Facility.: EDG
Start Incarceration..: 11/16/2016

## PATTERN Worksheet Summary

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 30 | 21 | 12 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | TRUE | 5 | 7 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 5 | 3 | 3 |
| Serious Incident Reports (120 Months) | 3 | 3 | 3 |
| Time Since Last Incident Report | 36 | 0 | 0 |
| Time Since Last Serious Incident Report | 36 | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 7 | -9 | -3 |
| Work Programs | 8 | -2 | -2 |
| | Total | 13 | 15 |

## PATTERN Worksheet Details

Item: Programs Completed, Value: 7
General Score: -9, Violent Score: -3
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | 1200 WELD1 | 10/31/2022 00:01 | 10/31/2022 00:01 |
| EDC | 1200 WELD2 | 11/14/2022 08:08 | 11/14/2022 08:08 |
| EDC | F COR ANGR | 05/08/2023 13:30 | 05/08/2023 13:30 |
| EDC | F COR VICT | 05/08/2023 13:48 | 05/08/2023 13:48 |
| EDC | F COR SS5 | 05/08/2023 14:32 | 05/08/2023 14:32 |
| EDC | F COR RENT | 07/05/2023 14:18 | 07/05/2023 14:18 |
| EDC | F COR VALU | 07/05/2023 14:44 | 07/05/2023 14:44 |

---

Item: Work Programs, Value: 8
General Score: -2, Violent Score: -2
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | TPC 450 | 04/18/2022 08:00 | 04/18/2022 08:00 |

| | | | |
|---|---|---|---|
| EDC | TPC 150 | 05/04/2022 14:30 | 05/04/2022 14:30 |
| EDC | TPC 100 | 05/09/2022 14:00 | 05/09/2022 14:00 |
| EDC | TPC 500 | 05/25/2022 09:00 | 05/25/2022 09:00 |
| EDC | TPC 318R | 05/26/2022 08:00 | 05/26/2022 08:00 |
| EDC | TPC 420 | 08/18/2022 14:00 | 08/18/2022 14:00 |
| EDC | TPC 330 | 08/25/2022 08:00 | 08/25/2022 08:00 |
| EDC | TPC 390 | 08/25/2022 14:00 | 08/25/2022 14:00 |

# Individualized Needs Plan - Program Review (Inmate Copy)

SEQUENCE: 01947396

Dept. of Justice / Federal Bureau of Prisons

Team Date: 02-12-2024

Plan is for inmate: DAUD, ABDIRAHMAN YASIN 49785-298

| | | | |
|---|---|---|---|
| Facility: | EDG EDGEFIELD FCI | Proj. Rel. Date: | 12-21-2040 |
| Name: | DAUD, ABDIRAHMAN YASIN | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 49785-298 | DNA Status: | SDC18093 / 04-23-2015 |
| Age: | 30 | | |
| Date of Birth: | 01-01-1994 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| ICE | US INS DETN #79954465 (POSSIBLE DEPORTATION) |

## Inmate Photo ID Status

Full status incomplete - Expiration: null

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| EDG | ORD A1 PM | AM ORD 12:30 TO 8:00 | 03-31-2023 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| EDG | ESL HAS | ENGLISH PROFICIENT | 12-30-2016 |
| EDG | GED HAS | COMPLETED GED OR HS DIPLOMA | 12-30-2016 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| EDG | C | CORRESPONDENCE REENTRY | 07-05-2023 | 09-01-2023 |
| EDG | C | CORRESPONDENCE VALUES/GOAL | 07-05-2023 | 09-01-2023 |
| EDG | C | SS CORR.-CROATIA & NIGERIA | 05-08-2023 | 06-06-2023 |
| EDG | C | CORRESPONDENCE VICTIM AWARE | 05-08-2023 | 06-12-2023 |
| EDG | C | CORRESPONDENCE ANGER MANAGE | 05-08-2023 | 06-09-2023 |
| EDG | C | RPP1 - AIDS AWARENESS | 02-16-2023 | 02-16-2023 |
| OXF | P | V-HOUSEKEEPING APPRENTICESHIP | 04-11-2022 | 11-20-2022 |
| OXF | C | ACE INTERMEDIATE GAS METAL | 11-14-2022 | 11-28-2022 |
| OXF | C | ACE BASIC GAS METAL ARC WELD | 10-31-2022 | 11-14-2022 |
| OXF | C | BULK HANDLING CERT 10HRS | 08-25-2022 | 08-30-2022 |
| OXF | C | TPC419 ARC WELDING OPERATIONS | 08-29-2022 | 08-29-2022 |
| OXF | C | TPC417 WELDING PRINCIPLES | 08-29-2022 | 08-29-2022 |
| OXF | C | FOUNDATIONS OF TECHNOLOGY | 08-25-2022 | 08-29-2022 |
| OXF | C | TPC420 WELDING CERT 54 | 08-18-2022 | 08-29-2022 |
| OXF | C | TPC418 OXYFUEL OPERATIONS | 08-22-2022 | 08-22-2022 |
| OXF | C | TPC416 BLUEPRINT FOR WELDING | 08-18-2022 | 08-18-2022 |
| OXF | C | TPC103 MATH IN THE PLANT | 08-09-2022 | 08-09-2022 |
| OXF | C | TPC100 INDUSTRIAL FUNDAMENTALS | 05-09-2022 | 08-09-2022 |
| OXF | C | TPC104 MAKING MEASUREMENTS | 08-01-2022 | 08-01-2022 |
| OXF | C | TPC106 NONMENTALS IN THE PLANT | 07-27-2022 | 07-27-2022 |
| OXF | C | TPC102 READING SCHEMATICS | 07-25-2022 | 07-25-2022 |
| OXF | C | TPC101 READING BLUEPRINTS | 07-25-2022 | 07-25-2022 |
| OXF | C | TPC105 METALS IN THE PLANT | 07-20-2022 | 07-20-2022 |
| OXF | C | TPC107 HAND TOOLS | 07-08-2022 | 07-08-2022 |
| OXF | C | TPC108 PORTABLE POWER TOOLS | 06-06-2022 | 06-06-2022 |
| OXF | C | TPC452 FLOORS & CARE EQUIPMENT | 06-02-2022 | 06-02-2022 |
| OXF | C | TPC319 EQUIPMENT INSTALLATION | 06-02-2022 | 06-02-2022 |
| OXF | C | INDUS RIGGING/INST CERT 24HRS | 05-26-2022 | 06-02-2022 |
| OXF | C | TPC450 CUSTODIAL MAINTENANCE | 04-18-2022 | 06-02-2022 |
| OXF | C | RIGGING PRINCIPLES | 05-26-2022 | 05-26-2022 |
| OXF | C | TPC500 ROBOTICS CERT 14 HRS | 05-25-2022 | 05-26-2022 |
| OXF | C | TPC109 INDUSTRIAL SAFETY | 05-12-2022 | 05-12-2022 |
| OXF | C | TPC110 TROUBLESHOOTING SKILLS | 05-09-2022 | 05-09-2022 |
| OXF | C | TPC451 CLEANING CHEMICALS | 05-05-2022 | 05-05-2022 |
| OXF | C | TPC454 REST ROOM CARE | 05-05-2022 | 05-05-2022 |

**Individualized Needs Plan - Program Review (Inmate Copy)** SEQUENCE: 01947396

Dept. of Justice / Federal Bureau of Prisons Team Date: 02-12-2024

Plan is for inmate: DAUD, ABDIRAHMAN YASIN 49785-298

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| OXF | C | TPC150 CHEMICAL HAZARDS | 05-04-2022 | 05-05-2022 |
| OXF | C | TPC455 CARPET UPHOLSTERY CARE | 04-20-2022 | 04-20-2022 |
| OXF | C | TPC453 MAINTAINING FLOORS | 04-18-2022 | 04-18-2022 |
| OXF | C | CARDIO | 10-25-2019 | 04-16-2020 |
| OXF | W | CORRESPONDENCE COLLEGE | 09-20-2019 | 02-11-2020 |
| OXF | C | BEGINNING LEATHER CRAFT - FCI | 11-05-2018 | 12-03-2018 |
| OXF | C | PERSONAL TRAINER | 07-13-2018 | 08-26-2018 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 12-22-2016 |
| CARE1-MH | CARE1-MENTAL HEALTH | 12-27-2016 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 10-16-2020 |
| NO PAPER | NO PAPER MEDICAL RECORD | 12-22-2016 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-18-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-18-2017 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 01-16-2017 |

**FRP Payment Plan**

Most Recent Payment Plan

**FRP Assignment:** **COMPLT** **FINANC RESP-COMPLETED** **Start: 12-16-2019**

Inmate Decision: **AGREED** **$25.00** Frequency: **QUARTERLY**

Payments past 6 months: **$0.00** Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $300.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**FRP Deposits**

Trust Fund Deposits - Past 6 months: $ N/A Payments commensurate ? N/A

New Payment Plan: ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 11-13-2019 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 02-29-2024 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 02-29-2024 |
| N-COGNTV Y | NEED - COGNITIONS YES | 02-29-2024 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 02-29-2024 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 02-29-2024 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 02-29-2024 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 02-29-2024 |
| N-MEDICL N | NEED - MEDICAL NO | 02-29-2024 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 02-29-2024 |

## Individualized Needs Plan - Program Review (Inmate Copy)

SEQUENCE: 01947396

Dept. of Justice / Federal Bureau of Prisons

Team Date: 02-12-2024

Plan is for inmate: DAUD, ABDIRAHMAN YASIN 49785-298

| Assignment | Description | Start |
|---|---|---|
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 02-29-2024 |
| N-TRAUMA N | NEED - TRAUMA NO | 02-29-2024 |
| N-WORK N | NEED - WORK NO | 02-29-2024 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 02-29-2024 |

### Progress since last review

Daud arrived at FCI Edgefield on 01-18-2023. Since his arrival, he has completed several classes. He is assigned to the AM Orderly work detail. He is incident report free and he completed the FRP program. He has a projected release date of 12-21-2040.

### Next Program Review Goals

Within the next 6 months: Enroll in a Criminal Thinking or Problem-Solving course by 08/2024. Maintain clear conduct.

### Long Term Goals

He is to enroll in a VT course such as, Welding, HVAC, Electrical, Automotive, & Culinary Arts, etc..., to enhance your marketable job skills, and complete by 02/2025.

### RRC/HC Placement

No.
Management decision - Will be reviewed for RRC placement in accordance with the 2nd Chance Act of 2007, 17 to 19 months prior to release..

### Comments

** No notes entered **

Name: DAUD, ABDIRAHMAN YASIN DNA Status: SDC18093 / 04-23-2015
Register No.: **49785-298**
Age: 30
Date of Birth: 01-01-1994

Inmate (DAUD, ABDIRAHMAN YASIN. Register No.: 49785-298)

Date

Unit Manager / Chairperson Case Manager

Date Date

TPC TRAINING

*Upon the recommendation of*

*Vocational Training Program FCI Oxford, WI*

***Abdirahman Daud***

*is awarded this*

*Certificate*

*for successfully completing the prescribed course of study in*

*Rigging and Installation*

*Awarded this second day of June Two thousand and twenty-two*

*Vocational Training Program FCI Oxford, WI*

*TPC Training*

TPC TRAINING

# TPC TRAINING

*Upon the recommendation of*
*Vocational Training Program FCI Oxford, WI*

***Abdirahman Daud***

*is awarded this*
*Certificate*

*for successfully completing the*
*prescribed course of study in*
*Fundamentals*

*Awarded this ninth day of August*
*Two thousand and twenty-two*

*Vocational Training Program FCI Oxford, WI*

*TPC Training*

TPC TRAINING

# TPC TRAINING

Upon the recommendation of
Vocational Training Program FCI Oxford, WI

## Abdirahman Daud

is awarded this
Certificate

for successfully completing the
prescribed course of study in
Industrial Hazards

Awarded this nineteenth day of May
Two thousand and twenty-two

Vocational Training Program FCI Oxford, WI

TPC Training

TPC TRAINING

*Upon the recommendation of*
*Vocational Training Program FCI Oxford, WI*

***Abdirahman Daud***

*is awarded this*
*Certificate*

*for successfully completing the*
*prescribed course of study in*
*Custodial Maintenance*

*Awarded this second day of June*
*Two thousand and twenty-two*

*Vocational Training Program FCI Oxford, WI*

*TPC Training*

TPC TRAINING

TPC TRAINING

*Upon the recommendation of*
*Vocational Training Program FCI Oxford, WI*

***Abdirahman Daud***

*is awarded this*
*Certificate*

*for successfully completing the*
*prescribed course of study in*
*Foundations of Technology*

*Awarded this thirtieth day of August*
*Two thousand and twenty-two*

*Vocational Training Program FCI Oxford, WI*

*TPC Training*

TPC TRAINING

TPC TRAINING

*Upon the recommendation of*
*Vocational Training Program FCI Oxford, WI*

***Abdirahman Daud***

*is awarded this*
Certificate

*for successfully completing the*
*prescribed course of study in*
Material Handling Systems

*Awarded this thirtieth day of August*
*Two thousand and twenty-two*

*Vocational Training Program FCI Oxford, WI*

*TPC Training*

TPC TRAINING

TPC
TRAINING

Upon the recommendation of
Vocational Training Program FCI Oxford, WI

**Abdirahman Daud**

is awarded this
Certificate

for successfully completing the
prescribed course of study in
Robotics

Awarded this twenty-sixth day of May
Two thousand and twenty-two

Vocational Training Program FCI Oxford, WI

TPC Training

TPC TRAINING

Upon the recommendation of
Vocational Training Program FCI Oxford, WI

**Abdirahman Daud**

is awarded this
Certificate

for successfully completing the
prescribed course of study in
Welding

Awarded this thirtieth day of August
Two thousand and twenty-two

Vocational Training Program FCI Oxford, WI

TPC Training

```
  EDGGN          *          INMATE DISCIPLINE DATA          *     05-15-2024
PAGE 001         *     CHRONOLOGICAL DISCIPLINARY RECORD    *     10:47:35

REGISTER NO: 49785-298 NAME..: DAUD, ABDIRAHMAN YASIN
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 05-15-2024

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3478094 - SANCTIONED INCIDENT DATE/TIME: 02-25-2021 0709
DHO HEARING DATE/TIME: 04-08-2021 1218           DHO REPT DEL: 08-18-2021 0900
FACL/CHAIRPERSON.....: OXF/WATTIER
REPORT REMARKS.......: INMATE ADMITS GUILT. SANCTIONED BASED UPON THE GREATER
                       WEIGHT OF THE EVIDENCE.
   299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
        DIS GCT    / 14 DAYS / CS
        COMP:010 LAW:P
        LP COMM    / 60 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:    PENDING CLEAR CONDUCT
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3189483 - SANCTIONED INCIDENT DATE/TIME: 10-30-2018 2035
DHO HEARING DATE/TIME: 11-21-2018 0907           DHO REPT DEL: 12-04-2018 0800
FACL/CHAIRPERSON.....: OXF/G. CREWS
REPORT REMARKS.......: INAMTE ADMITS GUILT.  SANCTIONED ON THE GREATER WEIGHT
                       OF THE EVIDENCE. REMOVED 297
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP COMM    / 30 DAYS / CS
                   FROM: 11-21-2018  THRU: 12-20-2018
        COMP:    LAW:
        LP PHONE   / 30 DAYS / CS
                   FROM: 11-21-2018  THRU: 12-20-2018
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3072694 - SANCTIONED INCIDENT DATE/TIME: 12-31-2017 1109
DHO HEARING DATE/TIME: 01-18-2018 1017           DHO REPT DEL: 01-30-2018 1030
FACL/CHAIRPERSON.....: OXF/G. CREWS
REPORT REMARKS.......: INMATE DENIES GUILT.  SANCTIONED ON THE GREATER WEIGHT
                       OF THE EVIDENCE
   299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
        DIS GCT    / 14 DAYS / CS
        COMP:010 LAW:P
        LP EMAIL   / 90 DAYS / CS
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2983491 - SANCTIONED INCIDENT DATE/TIME: 04-29-2017 1626
DHO HEARING DATE/TIME: 05-25-2017 0951           DHO REPT DEL: 06-08-2017 1514
FACL/CHAIRPERSON.....: OXF/G. CREWS
REPORT REMARKS.......: INMATE ADMITS GUILT.  SANCTIONED ON THE GREATER WEIGHT
                       OF THE EVIDENCE.
   205A ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: ON1
        DIS GCT    / 14 DAYS / CS
        COMP:010 LAW:P
        LP PHONE   / 30 DAYS / CS
        COMP:    LAW:


G0002      MORE PAGES TO FOLLOW . . .
```

A female friend spoke about sexual acts in the visiting room

```
  EDGGN          *          INMATE DISCIPLINE DATA          *     05-15-2024
PAGE 002 OF 002 *     CHRONOLOGICAL DISCIPLINARY RECORD     *     10:47:35

REGISTER NO: 49785-298 NAME..: DAUD, ABDIRAHMAN YASIN
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 05-15-2024

        LP VISIT   / 30 DAYS / CS
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2931846 - SANCTIONED INCIDENT DATE/TIME: 12-23-2016 1038
UDC HEARING DATE/TIME: 12-28-2016 0845
FACL/UDC/CHAIRPERSON.: OXF/WISC EAST/J. BRAKER
REPORT REMARKS.......: "I DIDN'T KNOW. I USED TO DO IT AT THE JAIL. I'VE ONLY
                       BEEN HERE A WEEK."
   397  PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
        LP PHONE   / 7 DAYS / CS
        COMP:    LAW:
```

```
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

## MALE PATTERN RISK SCORING

| Register Number: | | Date: |
|---|---|---|
| Inmate Name: | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| 1. Current Age | > 60 | 0 | | 0 | |
| | 51-60 | 7 | | 4 | |
| | 41-50 | 14 | | 8 | |
| | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| 2. Walsh w/Conviction | No | 0 | | 0 | |
| | Yes | 1 | | 0 | |
| 3. Violent Offense (PATTERN) | No | 0 | | 0 | |
| | Yes | 5 | | 5 | |
| 4. Criminal History Points | 0 - 1 Points | 0 | | 0 | |
| | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | | 8 | |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| 5. History of Escapes | None | 0 | | 0 | |
| | > 10 Years Minor | 2 | | 1 | |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| 6. History of Violence | None | 0 | | 0 | |
| | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | | 3 | |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| 7. Education Score | Not Enrolled | 0 | | 0 | |
| | Enrolled in GED | -2 | | -1 | |
| | HS Degree / GED | -4 | | -2 | |
| 8. Drug Program Status | No DAP Completed | 0 | | 0 | |
| | NRDAP Complete | -3 | | -1 | |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| 9. All Incident Reports (120 months) | 0 | 0 | | 0 | |
| | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| 10. Serious Incident Reports (120 months) | 0 | 0 | | 0 | |
| | 1 | 2 | | 2 | |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| 11. Time Since Last Incident Report | 12+ months or no incidents | 0 | | 0 | |
| | 7-12 months | 2 | | 1 | |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| 12. Time Since Last Serious Incident Report | 12+ months or no incidents | 0 | | 0 | |
| | 7-12 months | 1 | | 1 | |
| | 3-6 months | 2 | | 2 | |
| | <3 | 3 | | 3 | |
| 13. FRP Refuse | NO | 0 | | 0 | |
| | YES | 1 | | 1 | |
| 14. Programs Completed | 0 | 0 | | 0 | |
| | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | | -2 | |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| 15. Work Programs | 0 Programs | 0 | | 0 | |
| | 1 Program | -1 | | -1 | |
| | >1 Program | -2 | | -2 | |
| Total Score (Sum of Columns) | | General: | | Violent: | |
| General/Violent Risk Levels | | General: | | Violent: | |
| OVERALL MALE PATTERN RISK LEVEL | | | | | |

**Male Cut Points**

| General | Violent |
|---|---|
| Minimum = 8 or less | Minimum = 6 or less |
| Low = 9 - 30 | Low = 7 - 24 |
| Medium = 31 - 43 | Medium = 20 - 25 |
| High = 44+ | High = 31+ |